UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:14CR /89 AVC |
| v. | : | |
| MICHAEL LOMBARDO, Jr. | : | 18 U.S.C. § 1343 (Wire Fraud) |

INFORMATION

The United States Attorney charges:

Background

1. At all times relevant to this Information, the defendant MICHAEL LOMBARDO, Jr. (hereinafter LOMBARDO) resided in Stamford, Connecticut. He worked for Company A, which maintained an office in Westport, Connecticut, and provided financial advice to Company A's clients with respect to their retirement savings and other investments.

The Scheme and Artifice to Defraud

2. From approximately September 2011 to approximately February 2014, in the District of Connecticut and elsewhere, LOMBARDO, with the intent to defraud, devised a scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises. As set forth below, LOMBARDO defrauded more than twenty clients of Company A by diverting more than $190,000.00 from their individual accounts for his personal use.

3. As part of the scheme to defraud, LOMBARDO submitted fraudulent requests to disburse a portion of a retirement account of a client of Company A. He would request that the disbursement check be sent, typically by overnight mail, to him at the Westport

office of Company A.

4. As a further part of the scheme to defraud, after LOMBARDO received the disbursement check, he would forge the client's signature on the back of the check. He would then cause the check to be deposited into his personal bank account where he would subsequently use the funds for his own benefit.

5. For example, on or about September 19, 2011, LOMBARDO caused a fax to be sent from Connecticut to an office in another state requesting that $9609.52 be withdrawn from a Roth IRA account belonging to a client of Company A. A handwritten notation on the fax transmission instructed the recipient to "overnight to Westport." Once LOMBARDO received the check, he forged the client's signature on the back of the check and caused the funds to be deposited in his own bank account.

## COUNT 1
### (Wire Fraud)

6. The allegations of paragraphs 1-5 are reincorporated herein. On or about September 19, 2011, in the District of Connecticut and elsewhere, LOMBARDO, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce, a request for a distribution of $9609.52 from the Roth IRA account of a client of Company A.

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY