Peter J. Lombardo, Ph.D.<br>
18600 Paul's Way<br>
South Bend, Indiana 46637

November 24, 2014

To Whom It May Concern:

Thank you for the opportunity to write this letter on behalf of my nephew, Michael T. Lombardo, whose case is in your Court. I of course have known Michael since he was born, even though I do not live in the area.

I have been a faculty member (now emeritus) of the University of Notre Dame in Indiana; when he was born I was finishing my doctoral degree and subsequently received an appointment to the faculty. Since becoming emeritus in 2008, I have been director of community involvement at the South Bend (IN) Center for the Homeless. Although I have not lived by him in these years, I have been in constant touch; my mother lived in Stamford, my brother Mike and his wife Debbie and their family live there (or in the surrounding towns), and I have other relatives still living there. My contact has been fairly close and consistent, or as close and consistent as 800 miles can be, through frequent visits, phone calls and family gatherings. I do think I know my nephew well.

He was a good athlete in high school (injuries prevented him from some activities) and he is a graduate of the University of Connecticut, where he studied business and finance. As part of his undergraduate curriculum, he spent a year in Europe (the Netherlands) studying European Union policies and procedures in finance and taxation. He was a good student, knowledgeable in his studying, but he also took full advantage of the "social aspect" of college life. After graduation, he entered the financial services field, landing a good position with D. A. Lerner and Associates in Westport, CT. We were happy for him.

In his youth, he was always very helpful (the only son is perhaps the reason) to his parents. He cut the grass, shovelled the snow, helped his father in his little business sideline of renting tents and tables and chairs for other people's special outdoor events. I'm sure he complained about doing some of this, but I never heard it; his father needed his help and he gave it. I know too he was especially helpful to his grandmother (Mike's and my mother) while she was alive with numerous household chores that over time she wasn't able to perform - again, grass, snow, setting up a television set (my mother never got the "hang" of the remote control and was always messing up the channels or sound!). Here too he was generous with his time and effort.

Soon after graduation, he met his future wife Kelley, and they became fixtures at family events. When they married, he was employed in his profession and beginning to make

a decent living; he wasn't a hedge fund guy, so the returns to him weren't in that category. Soon, Michael and Kelley had two children, Mason and Norah. They were renting our late mother's home in Stamford and in the Summer of 2013 had put enough money aside that they were able to afford a mortgage and buy the home. The fact it was staying in the family brought great joy to both my brother and me.

And that fact that Michael was seemingly able to afford it said to me that his salary must be pretty good. I was not privy to exactly what he made, but hearing from both him and my brother that he was investing money for many of my brother's friends and acquaintances made me feel that he made decent money. But I assumed he was doing well. Perhaps he was not, and the charges seem to indicate that he needed more than he was making. This is a discipline we can all use more of; unfortunately Michael did have enough of that discipline, and he succumbed to what he is in your Court for.

Then these charges against him came to light. I know some of what they are; they impacted my fairly modest investment some (since cleared up), but others were far more severely hurt. Over the past Summer, I learned more than I wanted to learn about what he had done. The restitution he must perform will probably take many, many years. Based on his comments to me, he is committed to doing so, as well as absorbing whatever other punishment the Court deems necessary.

Michael, from my point of view, is an excellent father: patient, understanding, always teaching. I've seen him with his children, especially when other children are around. I'm sure you know that several children in a group can be a handful, especially running around and playing in the backyard. He is always there to remind his own children of what they can and cannot do, and do so with a calm demeanor. His wife Kelley is similar in this respect. I recall too that he and Kelley are teaching their children the value of service through one of our relatives who is director of the food bank in Stamford. From a recent conversation with Michael, I found out that his children do not know what he has done and what he may be faced with.

I cannot speak to his motivation for what he has done. I can guess that family circumstances made him choose this path, but he has not told me that. He has been intensely private up to now. I do know he is not a bad person; his remorse and guilt over what he has done fills him. If he channels this properly, and with counselling he will, then he will be the good person once again we all knew he was before. When I visited in August, he didn't seem to be as jovial as I've seen him before; he loves to barbecue and as he does he loves to kid around with everyone; he wasn't doing too much of that. What he has done is wearing on him and his immediate family, and those of us close to him know this. We will be doing our best to keep up his spirits and help his family get through whatever is to come. That's what families do, and we will.

Again, I appreciate this opportunity.

Peter J. Lombardo
Uncle to Michael T. Lombardo

December 11, 2014

Your Honor,

My name is Braeden Ziegler and I have been close friends with Michael Lombardo for over 12 years. Mike and I started working at David Lerner Associates roughly three months apart, went through training together, and quickly became the closest of friends. In fact, during the 6 years that Mike and I worked together at DLA, we were nearly inseparable. We sat right next to each other, we went to lunch together, we got together after work, family events, sporting events, you name it. I left David Lerner in 2008, but Mike and I, as well as our families have remained close to this very day.

As a father, I see many qualities in Mike that I strive to instill in my nine year old son. Mike is a very unselfish and giving person. As a friend, he is as reliable and unflappable as they come. He is also a devoted and loving husband and father to his wife Kelley and their two young children Mason and Norah. He comes from a close knit family that is deeply rooted in their community and church. I am aware that Mike has volunteered countless hours to his community raising funds for children with medical needs. He has also given back to the community in which he was raised as a civil servant holding office in the Stamford Board of Representatives. I have even witnessed Mike stick up for minorities when they were discriminated against, firsthand. Prior to this crime, Mike has exemplified the qualities needed to make a good friend, husband, father, family member, and or citizen. In fact, it was these wholesome qualities that earned him the nickname of "Altar Boy", from those around him at David Lerner Associates.

When I received the news that Mike was facing charges of wire fraud and had stolen from investors, I simply could not believe it. In the 12 years that I have known, 6 of them sitting next to him and listening to him on the phone at work, I never would have thought it possible that Mike was capable of committing such a hideous crime. In our profession, there are few crimes more disgraceful than stealing from clients. I cannot speak as to why Mike would ever commit such a crime, but I have to speculate that it was due to desperation. I wasn't working there at the time, but I do know that David Lerner went through a freeze where they couldn't sell their primary investments. This caused hard times for many of the Investment Counselors that worked there. In fact, one friend told me that he had to borrow from every resource he had available in order to pay his bills and keep his family afloat. While such difficult and desperate times certainly do not excuse what Mike has done, it is the only reason I can possibly think that would cause Mike to do such a thing.

I know from speaking with Mike that he is remorseful for his crime. He knows that what he did is unspeakable. He feels terrible for the victims and their families. This incident has caused friction between himself and his wife, as well as his parents and siblings. It has devastated his reputation. He understands what a huge impact it will have on his two young children and fears for his time away from them. He worries deeply about his wife, their marriage, and how she will support the family in the event that she will become their sole provider. He also fears for his future. He is no longer able to work in the financial services industry and he is highly concerned about his ability to gain employment and therefore provide for his family going forward.

Michael Lombardo is a great person, but he is not perfect. He made a mistake. He committed a terrible and incredibly stupid crime. He understands that he deserves a punishment commensurate with that crime. I know that Mike can rebound from this and make himself a valuable asset to his community. His family needs him home as soon as possible so that they can heal and get back on the right track emotionally, spiritually, and financially. I plead with the court to consider what type of person Mike is, the punishment that he has already endured, and the impact that it will have on his wife and two young children, and to have mercy when deciding his punishment.

Thank you for your consideration.

Sincerely,

Braeden Ziegler
28 Bruce Dr.
Shelton, CT 06484
203-273-0905

November 17th, 2014

To Whom It May Concern:

My name is Gerald P. Dulski of 445 Old Stamford Road in New Canaan, CT. I am writing this letter in support of Michael Lombardo Jr. Please note that I am fully aware of the circumstances and situation regarding his conviction of fraud.

I have known and been close with the Lombardo family for over 55 years, and I have known Michael Lombardo Jr. for almost his entire life. I grew up in Stamford, CT, and have been close friends with Michael Lombardo Sr. since my high school years (Stamford Catholic High School Class of 1962). I have always known Michael Lombardo Jr. to be a dedicated son, brother, father, and husband to his parents Michael Sr. and Mother Debbie, to his sisters Amy and Christine, to his two beautiful children, Mason (age 7) and Nora (5), and to his loving wife, Kelly. I have many fond memories of summer cookouts watching Michael Jr. play with his children, as he played Marco Polo with them and chased them around the swimming pool for endless hours as they squealed with joy. I also have fond memories of Michael Sr.'s 70th birthday earlier this year, where Junior and his two sisters joined Senior, Debbie, myself, and my wife Joan in Jupiter, FL. Michael Jr. stayed with us at our condo while Michael Sr. and Debbie, unaware of their arrival, stayed next door. The three children surprised Michael Sr. for his birthday the next day. I have many fond memories of Michael Jr. acting as the man he is, a true and loving family man.

The Lombardo family has always shown a dedication to the community at large, and Michael Jr. is no exception. Michael Jr.'s grandfather, Peter Lombardo Sr., was a long-serving member of the Stamford police force, and his father, Michael Sr. served for many years as the President of the Italian Center Men's Club, a social club in Stamford run through the Italian Center of Stamford which is heavily involved in local charities and philanthropic efforts. Michael Jr. continued the family tradition of service by serving as a member of the Stamford City Council.

Michael Jr.'s priority has always been his family. His wife, Kelly, a hardworking and devoted mother, worked part-time while primarily being a mother to their young children. With both children now in school, she has recently taken more substantial employment with the City of Stamford School System to help fill the income void created by Michael Jr.'s admission.

I know for a fact that Michael Jr. is deeply sorry for his actions and regrets deeply the pain and shame his poor choices have brought on himself, his family, and his friends. Importantly, he knows what he did was wrong and he is anxious to focus on making it right through restitution. While I do not condone Michael's actions, I feel that the stresses of a poor economic environment and a growing family drove him to these poor choices.

I ask the court to consider that Michael Jr.'s punishment has already begun. First and foremost is the shame and loss of trust with his family. Though he continues to love them very much, as they do him, his choices have erased a lifetime of goodwill and deeply strained relations with those closest to him. Furthermore, it pains him deeply to see those closest to him suffering so much shame because of his actions. I have seen this personally with respect to his parents, who as described above, I am very close to. I have seen the pain in his eyes and in theirs, and it is deep and it is real.

In addition, his career in financial services is over, having been barred for life from the industry by FINRA and the SEC. He truly loved his career as a sales associate and loved what he was doing. He told me so many times. He worked very hard and passed up many easier choices to follow his chosen career. As a retired registered financial professional myself, I understand the achievement of carving out a career in finance, and I also understand fully the weight of the regulatory actions against him, as does he. The career he chose, the career he loved, is now gone forever.

In conclusion, thank you for considering my letter in your decision regarding Michael Lombardo Jr.

Sincerely,

Gerald P. Dulski

65 Windtree East

Torrington, CT 06790

Your Honor,

I have known Michael Lombardo since his birth. His father was my college roommate, and our two families have remained close through the years. When Michael's parents, Debbie and Mike, told me of Michael's situation, I became very concerned.

I watched Michael grow through all his school years, from elementary school through his graduation from the University of Connecticut. I was happy to see him marry and become a good and dutiful father. As a former Mayor and City Councilman, I was happy to see him take on the responsibilities of a member of the Stamford Board of Representatives. We often discussed the municipal problems I had faced, and those which he was facing. I felt his future was bright.

That has changed now, and it has had a profound effect on Michael. He knows the pain he has caused his family and others. He is working hard to regain the trust that his family put in him, and he fully understands how difficult that will be. He knows that he must begin anew, and, to his credit, he is working hard to provide for his young family.

I am confident that Michael will meet his responsibilities and restore the faith and trust that his family had in him.


Sincerely,

Michael J. Conway

To Whom it May Concern,

This letter is regarding the investigation pertaining to Michael Lombardo.

As his cousin, I have known Michael his entire life. I am aware of his conviction and the general underlying circumstances surrounding this situation.

Michael comes from a very close knit family with deep Catholic religious beliefs. He was brought up being taught the value of honest, hard work in order to achieve success and happiness. Along with these attributes came the teaching of the need to be a good moral person as well.

I have always known Michael to be a good, kind person who was level headed as he progressed through the different phases of his life. He has been involved in the community in which he was born, raised and continues to live in as he became a town representative for his local district.

Knowing the kind of person Michael is and the family he comes from, I know he has deep regrets for his actions. He is acutely aware of how much this has not only affected him now, and for the future, both personally and financially, but how he has deeply hurt those close to him. He knows he has, and will continue to have, all the support he will undoubtedly need going forward. He is also aware of how hard he will need to work hard to once again earn the trust of those around him.

Due to his upbringing and how I have always known Michael to be, I believe he is deeply remorseful for his actions that have led to these circumstances. I also believe that with the proper guidance and support, Michael will return to those values instilled in his upbringing.

Sincerely,

Robert Lombardo